1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0605 WHA |
|---|---|---|
| Plaintiff, | ) | CR 10-0608 WHA |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER TO CONTINUE SENTENCING |
| | ) | |
| AARON ADAM TRUJILLO, | ) | Current Hearing Date: January 4, 2011 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | |
| | ) | Proposed Hearing Date: January 11, 2011 |
| | ) | Time 2:00 p.m. |

21   The above-captioned case is currently scheduled for sentencing on January 4, 2011 at
22 2:00 p.m.  Due to scheduling conflicts, the government requested a continuance of the scheduled
23 hearing for sentencing to January 11, 2011 at 2:00 p.m.  Counsel for the defendant and the
24 United States Probation Officer have agreed to the proposed continuance.
25   This request is made pursuant to Criminal Local Rule 32-2.  As of this date, the Final
26 Presentence Report has not yet been filed and, good cause exists for the continuance of the
27 sentencing hearing.  Crim. L.R. 32-2(a) - (a)(1).  Moreover, counsel for both parties and the
28 probation officer have conferred and confirmed their availability on January 11, 2011 at 2:00

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING
CR 10-0605 WHA and 10-0608 WHA

p.m. Additionally, the Courtroom Deputy Clerk confirmed the Court's availability for January 11, 2011. Crim. L. R. 32-2(a)(2)-(3). A proposed order is attached hereto. Crim. L.R. 32-2(a)(4).

SO STIPULATED:

                                        MELINDA HAAG
                                      United States Attorney

DATED: December 17, 2010                     /s/
                                      CYNTHIA M. FREY
                                      Assistant United States Attorney

DATED: December 17, 2010                     /s/
                                      DANIEL BLANK
                                      Attorney for AARON ADAM TRUJILLO

     For good cause shown and in accordance with Criminal Local Rule 32-2(a), the hearing for sentencing on these matters, now scheduled for January 4, 2011 at 2:00 p.m., is vacated. The hearing shall be continued to January 11, 2011, at 2:00 p.m. for sentencing.

IT IS SO ORDERED.

December 17, 2010.
DATED                                        HON. WILLIAM ALSUP
                                        United States District Court Judge